UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN ALMEIDA,
Plaintiff,
v.
MILNE LAW OFFICES,
Defendant.

Case No. 26-cv-02029-TLT

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**

Re: Dkt. Nos. 10, 11

On March 10, 2026, Justin Almeida, a self-represented litigant ("Plaintiff"), commenced this action against Milne Law Offices ("Defendant"). ECF 1. A summons was issued the same day. ECF 3. An initial case management conference was scheduled for July 16, 2026, and the case management statement was due no later than July 9, 2026. ECF 8. No case management statement was filed by the deadline. ECF 9. Accordingly, the Court issued an order informing the parties that the case management statement needed to be filed by July 13, 2026. ECF 9. No case management statement was ever filed.

Plaintiff has been referred to the Help Desk and has not provided any indication that Defendant was ever timely served. ECF 10. Accordingly, the Court will give Plaintiff one final opportunity to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to timely serve Defendant within 90 days after the Complaint was filed. *Crowley v. Bannister*, 734 F.3d 967, 975-76 (9th Cir. 2013). In the response, Plaintiff should address: (1) whether Defendant ever was served, and if so, must file proof of service; (2) whether there is good cause for any failure to timely serve Defendant; and (3) whether Plaintiff is seeking an extension of the deadline to effect service.

//

United States District Court
Northern District of California

Plaintiff should also address whether venue in this Court is appropriate and whether the case should either be dismissed without prejudice or transferred to the United States District Court for the Eastern District of Michigan. Plaintiff's response is due no later than **August 5, 2026**.

If the Court does not receive a response by **August 5, 2026**, this case will be dismissed without prejudice *sua sponte* for failure to timely serve Defendant under Rule 4(m). No further opportunities to respond will be permitted.

IT IS SO ORDERED.

Dated: July 23, 2026

TRINA L. THOMPSON
United States District Judge